UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN WALSTON, individually and on behalf of her infant child, L.W.<br><br>       Plaintiffs<br>v.<br><br>CITY OF NEW YORK; MICAELLE LAFONTANT; IRENE RENDON; SHARON FAULK JEAN-PIERRE; JANE DOE; MONTEFIORE MEDICAL CENTER; and CARMEN DELEON,<br><br>       Defendants. | Case No. 1:22-cv-10002-LAK-JW<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the memorandum of law dated February 20, 2023, and all pleadings and other papers on file herein, Defendants Montefiore Medical Center ("Montefiore") and Carmen Deleon ("Deleon") (collectively, "Defendants") through their counsel will move before the Honorable Lewis A. Kaplan, United States District Judge, Southern District of New York, on a date and time set by the Court, for an Order:

(a)    dismissing Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(6);

(b)    granting such other and further relief that the Court deems just under the circumstances.

Dated: New York, New York
       February 20, 2023

                                     **WIGGIN AND DANA LLP**

                                     By:    */s/ Jolie Apicella*
                                                 Jolie Apicella
                                                 Chloe Booth
                                                 WIGGIN AND DANA LLP
                                                 437 Madison Avenue, Floor 35
                                                 New York, NY 10022

2

P: (212) 551-2844
F: (212) 551-2888
japicella@wiggin.com
cbooth@wiggin.com

*Counsel for Defendants Montefiore
Medical Center and Carmen Deleon*