UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JORDIN WALSTON,

                Plaintiff,                      **ORDER**

        -against-                    **22-cv-10002 (LAK)(JW)**

CITY OF NEW YORK, *et al.*

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court will hear oral argument on the pending Motion to Dismiss on **Friday, January 26, 2024, at 2 pm** in Courtroom 228, 40 Foley Square.

      SO ORDERED.

DATED:    New York, New York
               January 16, 2024

                                                                  _____
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge