## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL

---

This request is GRANTED. The oral argument shall be held on **February 9, 2024 at 10 am in Courtroom 228, 40 Foley Square.**

SO ORDERED.

*/s/ Jennifer E. Willis*

Jennifer E. Willis
United States Magistrate Judge

January 17, 2024

---

*Via ECF*

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re:   Walston et al. v. City of New York et al., No. 22 Civ. 10002

Dear Judge Willis:

We represent Plaintiffs in the above-captioned case. We write with Defendants' consent to request an adjournment of the oral argument on Defendant Montefiore Medical Center and Carmen Deleon's (the "Montefiore Defendants") motion to dismiss currently scheduled for January 26, 2024. *See* Dkt. 72. This is Plaintiffs' first request for an adjournment of the oral argument date.

The reason for the request is that counsel for Plaintiffs, Katherine Rosenfeld and Max Selver, will both be outside the country on previously scheduled travel on January 26. Mr. Selver is the junior lawyer on the case and plans to argue the motion in accordance with Rule II.C of the Court's Individual Rules of Practice. Accordingly, Plaintiffs request that the Court adjourn the oral argument to a date when Mr. Selver is available to attend the conference and argue the motion.

Plaintiffs' counsel has conferred with counsel for the Montefiore Defendants and determined that both parties are available for the oral argument on the following dates and times:

- February 8, 2024: all day
- February 9, 2024: all day
- February 13, 2024: from 9:00 a.m. to 3:00 p.m.
- February 14, 2024: all day

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

- February 15, 2024: from 9:00 a.m. to 3:00 p.m.
- February 16, 2024: all day

We thank the Court for its consideration of this request.

Respectfully submitted:

/s
Max Selver

c. All Counsel of Record via ECF