UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JORDIN WALSTON, *individually*
*and on behalf of her infant child*, L.W.,

                          Plaintiffs,

          -against-                                    22-cv-10002 (LAK) (JW)

CITY OF NEW YORK. *et al.*,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendants' motion to dismiss (Dkt 53) is granted with respect to the equal protection claim against Defendant Montefiore and denied in all other respects substantially for the reasons set forth in the report and recommendation of Magistrate Judge Jennifer E. Willis (Dkt 79) to which no objection has been filed.

       SO ORDERED.

Dated:      April 1, 2024

                                               _____
                                                    Lewis A. Kaplan
                                                   United States District Judge