# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

**By ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

---

> The Court is deeply saddened to learn of this tragedy and extends its condolences to Ms. Walston's friends and family. Plaintiff's request to stay the case is GRANTED. The Parties shall provide a status update by October 20, 2024.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> August 20, 2024

---

Re:   *Walston v. Montefiore Medical Ctr., et al.*, No. 22 Civ. 10002 (LAK) (JW)

Dear Judge Willis:

Along with co-counsel Lansner & Kubitschek, we represent Plaintiffs Jordin Walston and her daughter L.W. in the above-captioned matter.

We write to advise the Court that Plaintiff Jordin Walston died tragically and suddenly on June 11, 2024. She was 22 years old. Plaintiffs' counsel first learned of Ms. Walston's death recently from her family. We informed counsel for Defendants Montefiore Medical Center ("Montefiore") and Carmen Deleon of this news last week via email.[1]

Because Ms. Walston can longer prosecute this case on her or L.W.'s behalf, we request that the Court stay the case *sine die* to enable the family to seek appointment of an administrator of Ms. Walston's Estate and a guardian for her daughter L.W. Once appointed, the administrator/guardian would move to substitute herself as the plaintiff in this action pursuant to Fed. R. Civ. P. 25(a)(1), at which point the stay could be lifted. In conjunction with our stay request, we propose to submit a status letter to the Court every sixty days to keep the Court informed of the status of the administrator appointment process.

We thank the Court for its attention to this matter and will make ourselves available at the Court's convenience should it have any questions regarding the above.

Respectfully submitted,

EMERY CELLI BRINCKERHOFF

---

[1] Montefiore and Deleon are the only Defendants remaining in this case following Plaintiffs' settlement of their claims against the City Defendants. *See* Dkt. 82.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

    ABADY WARD & MAAZEL LLP

    *s/ Katherine Rosenfeld*

    Katherine Rosenfeld, Esq.
    Max Selver, Esq.

    LANSNER & KUBITSCHEK.

    *s/ Carolyn Kubitschek*

    Carolyn Kubitschek, Esq.