**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JORDIN WALSTON,

                    Plaintiff,

          -against-

CITY OF NEW YORK et al

                  Defendant.
------------------------------------------------------------------X

**ORDER**

**22-CV-10002**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held a status conference in this case on April 21, 2026.  Plaintiff is to file a status update with the Court by **May 18, 2026** informing the Court about any updates after the May 11th family court hearing and whether Plaintiff has additional information about the adoption timeline.  In the letter Plaintiff can suggest a new date to provide a subsequent status update if more time is needed.

      SO ORDERED.

DATED:     New York, New York
            April 21, 2026

                                  _____
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge